ORIGINAL

1  Richard J. Mooney (CA State Bar No. 176486)
   *richard.mooney@bryancave.com*
2  Margaret Branick-Abilla (CA State Bar No. 223600)
   *margaret.branick-abilla@bryancave.com*
3  Robert L. Stolebarger (CA State Bar No. 230495)
   *robert.stolebarger@bryancave.com*
4  BRYAN CAVE LLP
5  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
6  Telephone:  (415) 268-2000
   Facsimile:  (415) 268-1999
7
8  Attorneys for Plaintiffs
   Sony Electronics Inc. and Sony Computer Entertainment LLC
9

10

11                    UNITED STATES DISTRICT COURT

12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  Sony Electronics Inc. and Sony Computer      Case No.  CV 12 1596
15  Entertainment America LLC,
                                                 Master File No. 3:07-md-01827-SI
16              Plaintiffs,
                                                 MDL No. 1827 SI
17         v.
                                                 [Proposed] Order Granting Plaintiffs Sony
18  Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi   Electronics Inc. and Sony Computer
    Electronic Devices (USA), Inc., Toshiba     Entertainment America LLC's Administrative
19  Corporation, Toshiba Mobile Display Co., Ltd.,  Motion to File Complaint Under Seal
20  Toshiba America Electronic Components, Inc.,
    and Toshiba America Information Systems, Inc.,
21
                Defendants
22

23

24

25

26

27

28

#78819 v1 saf

1    Having considered Plaintiffs Sony Electronics Inc. and Sony Computer Entertainment

2  America LLC's ("Plaintiffs") Administrative Motion to File Complaint Under Seal and the

3  declaration submitted in support thereof, pursuant to Civil Local Rules 79-5 and 7-11, and good

4  cause appearing:

5    IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File

6  Complaint Under Seal is GRANTED and that Plaintiffs' Complaint is to be filed under seal with this

7  Court, and is hereby ORDERED sealed.

8

9

10  DATED: _____        By:_____

11                                                        HONORABLE SUSAN ILLSTON
                                                         United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Administrative Motion to File Complaint Under Seal
*Sony Electronics v. Hitachi, Ltd. et al.* (Case No. _____) (MDL No. 3:07-md-01827-SI)

#78819 v1 saf